UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA          )
                                  )
v.                                )          NO. 3:96-00030
                                  )          JUDGE CAMPBELL
DANA BENDER                       )


<u>ORDER</u>


     Pending before the Court is a Motion to Terminate Supervised Release (Docket No. 290).

The Government shall file a response to the Motion by June 22, 2012.

     IT IS SO ORDERED.


                              _____
                              TODD J. CAMPBELL
                              UNITED STATES DISTRICT JUDGE